CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 15 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal Action No. 7:00-cr-00022** |
| | ) | 7:99-cr-00048 |
| v. | ) | **§ 2255 ORDER** |
| | ) | |
| **REGINALD MIMMS,** | ) | By: Hon. James C. Turk |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the Clerk **SHALL** docket petitioner's motion to vacate (no. 36), the conditional filing order (no. 37), petitioner's response (no. 39), and this order with the accompanying memorandum opinion in petitioner's other criminal action, 7:99-cr-00048-1; petitioner's motion to vacate, set aside, or correct sentence is **DISMISSED** as untimely filed; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the United States.

ENTER: This 14th day of April, 2011.

/s/ James C. Turk
Senior United States District Judge