CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 3 2012

JULIA C. D.                    LERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:00CR00022 |
| | ) | CASE NO. 7:99CR00048 |
| | ) | |
| vs. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| REGINAL MIMMS, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the defendant's petition for a writ of *audita querela,* pursuant to 28 U.S.C. § 1651(a), is

**DISMISSED**; the petition is also hereby **CONSTRUED AND DISMISSED** without prejudice

as a successive motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255,

and is stricken from the active docket of the court. Based upon the court's finding that the

defendant has not made the requisite showing of denial of a substantial right, a certificate of

appealability is **DENIED**.

ENTER: This 23rd day of February, 2012.

Senior United States District Judge